UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 07-1615-GHK (PLA)                                              Date  July 15, 2008

Title:  Russell David Boeddinghaus v. CHP Officer Green, et al.

---

PRESENT: THE HONORABLE  PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                                   NONE

PROCEEDINGS:          ( IN CHAMBERS)

By Order of June 2, 2008, the District Judge ordered the parties to schedule a settlement conference with this Court to take place within forty-five days of the Order, or as soon thereafter as convenient to this Court. As of this date, the parties have not done so. Counsel for defendant, in the Declaration of Theodore B. Zinger filed on July 10, 2008, indicates that plaintiff has not responded to multiple letters concerning, among other things, the setting of a date for a settlement conference. Accordingly, **no later than July 21, 2008, plaintiff is ordered to show cause** why the Court should not recommend that this action be dismissed for failure to prosecute and failure to follow court orders.


cc:    Hon. George H. King
       Russell David Boeddinghaus, Pro Se
       Theodore B. Zinger, CAAG


Initials of Deputy Clerk _____